THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HYDROJET SERVICES, INC. | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 20-4727-SWR |
| v. | : | |
| | : | |
| SENTRY INSURANCE | : | |
| A MUTUAL COMPANY | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 16th day of June 2022, upon consideration of Sentry's Motion to Compel Discovery (doc. 35) and Hydrojet's Response in Opposition (doc. 37), it is hereby **ORDERED** that:

1. Sentry's Motion to Compel Discovery is **GRANTED** in part and **DENIED** in part: and

    a. Sentry's request for this Court to compel Hydrojet to produce communications between Jay Levin, Esq., and/or Franklin Horowitz, Martin Rabinowitz, Fulton Bank, Mark Saberton, or Steve Colston, which were previously withheld on the basis of attorney-client privilege is **DENIED**.

    b. Hydrojet shall produce to the Court, for *in camera* review, documents and communications including Socrates Georgeadis, Esq., which it has withheld based on attorney-client privilege;

    c. Hydrojet shall produce all responsive communications with Franklin Horowitz, Martin Rabinowitz, Fulton Bank, Mark Saberton, and Steve Colston that were created prior to November 12, 2018. To the extent that responsive communications with Franklin Horowitz, Martin Rabinowitz, Fulton Bank, Mark Saberton, and/or Steve Colston were created on or after November 12, 2018 and withheld based

14

solely on work product privilege, Hydrojet shall produce such communications to the Court for *in camera* inspection.

2. All documents and communications that have been ordered for *in camera* review must be provided to the Court by July 8, 2022. Should the parties anticipate issues with fulfilling its obligations under this Order, they should notify the Court immediately.

3. By July 22, 2022, the parties shall submit to the Court, a mutually agreed upon Proposed Scheduling Order for this matter. The Proposed Scheduling Order must include dates by which Hydrojet must answer Sentry's Interrogatories #10-13, 14-16, and 18. The Proposed Order must also include a deadline by which Hydrojet must provide Sentry with updated privilege logs, responding to Sentry's Requests for Production of Documents from Hydrojet as well as Sentry's subpoenas to Franklin Horowitz, Martin Rabinowitz, and Jay Levin, Esq.

Dated: June 16, 2022                                    */s/ Scott W. Reid*
                                                        SCOTT W. REID
                                                        U.S. MAGISTRATE JUDGE