THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HYDROJET SERVICES, INC. | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 20-4727-SWR |
| v. | : | |
| | : | |
| SENTRY INSURANCE | : | |
| A MUTUAL COMPANY | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 16th day of June 2022, upon consideration of Hydrojet's Motion to Compel Discovery from Sentry (doc. 34) and Sentry's Response in Opposition (doc. 38), it is hereby **ORDERED** that:

1. Hydrojet's Motion to Compel is **GRANTED** in part and **DENIED** in part: and

    a. Hydrojet's request that this Court deem all of Sentry's objections waived is **DENIED**;

    b. Hydrojet's request for this Court to compel Sentry to produce communications between Sentry and Reid Howell, Esq. is **DENIED**;

    c. Any communications between Reid Howell, Esq., and/or Craig Acheson, Envista, NFC, or Sentry, which were previously withheld or redacted on the basis of attorney-client privilege, must not be produced;

    d. Sentry shall produce all responsive communications with Craig Acheson, Envista, and NFC that were created prior to November 12, 2018. To the extent that responsive communications with Craig Acheson, Envista, and NFC were withheld or redacted on the basis of work-product privilege and created on or after November

18

    12, 2018, Sentry shall produce such communications to the Court for *in camera* inspection.

    e. Sentry shall produce responsive documents related to reserves which it previously withheld or redacted. To the extent Sentry has withheld or redacted responsive documents and communications related to reserves on the basis of work product privilege, and to the extent those documents are dated on or after November 12, 2018, the Court orders Sentry to produce such documents to the Court for *in camera* review;

    f. Sentry shall produce responsive portions of its Claims Manual and Guide, including information related to reserves and property insurance claims. To the extent that information is not responsive to Hydrojet's requests, such portions may be withheld or redacted;

2. All documents and communications that have been ordered for *in camera* review must be provided to the Court by July 8, 2022. Should the parties anticipate issues with fulfilling its obligations under this Order, they should notify the Court immediately.

3. By July 22, 2022, the parties shall submit to the Court, a mutually agreed upon Proposed Scheduling Order for this matter.

Dated: June 16, 2022                     */s/ Scott W. Reid*
                                                     SCOTT W. REID
                                                     U.S. MAGISTRATE JUDGE